**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **No. 3:06-CR-138** |
| ) | **(Phillips)** |
| **SAM B. CRENSHAW** ) | |

## ORDER

This matter is before the court on defendant's motion for termination of home detention [Doc. 17]. On July 30, 2007, defendant was sentenced to a term of 4 years probation with a period of 12 months home detention. The judgment reflects that after a period of 6 months, the court would consider modifying the period of home detention should defendant be in compliance with all other terms of his probation and upon a recommendation from his probation officer [Doc. 16].

Defendant's probation officer has informed the court that defendant is in compliance with the terms of his probation – his drug tests have been negative, he has reported as directed by the probation officer, and he has been paying restitution as ordered by the court. Further, defendant's probation officer supports defendant's motion to terminate home detention.

Since defendant is in compliance with the terms of his probation and his probation officer recommends termination of home detention, defendant's motion [Doc.17] is hereby **GRANTED,** whereby the period of home detention is **TERMINATED.**

**ENTER:**

	s/ Thomas W. Phillips	
	United States District Judge